AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

| SERVICE OF: | SUMMONS AND COMPLAINT, EXHIBITS, CIVIL COVER SHEET |
|---|---|
| EFFECTED (1) BY ME: | DAVID TORRES |
| TITLE: | PROCESS SERVER |
| | DATE: 7/12/2024 1:04:54 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

ADP, INC.

Place where served:

ONE ADP BLVD   ROSELAND   NJ   07068

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

YVETTE M GORDON

Relationship to defendant   **MANAGING AGENT**

Description of Person Accepting Service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: BLACK   HAIR: BLACK   OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____       SERVICES $ _____.____       TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this

12th day of July, 2024

Notary Signature _____

Rosemary Ramos
Name of Notary                September 25th, 2028
                              My Commission Expires

[Notary Seal: ROSEMARY RAMOS, NOTARY PUBLIC, STATE OF NEW JERSEY, My Commission Expires September 25, 2028]

I, DAVID TORRES, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____   07/12/2024
Signature of Process Server      Date

ATTORNEY:    GARY S. GRAIFMAN, ESQ.
PLAINTIFF:   DALE YLITALO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY
DEFENDANT:   SITUATED
VENUE:       AUTOMATIC DATA PROCESSING, INC., ET AL
DOCKET:      DISTRICT
COMMENT:     2 24 CV 07635 JKS LDW