| | |
|---|---|
| **VENABLE LLP**<br>George Kostolampros*<br>600 Massachusetts Avenue NW<br>Washington, DC 20001<br>Tel.: (202) 344-4426<br>Fax: (202) 344-8300<br>gkostolampros@venable.com<br><br>Xochitl S. Strohbehn*<br>Michael A. Guerra (No. 089092013)<br>151 West 42nd Street, 49th Floor<br>New York, New York 10036<br>Tel.: (212) 808-5670<br>Fax: (212) 307-5598<br>xochitl.strohbehn@venable.com<br>maguerra@venable.com<br><br>Jonathan E. Perlman*<br>100 SE 2nd St.  Suite 4400<br>Miami, Florida 33131<br>Tel.: (305) 349-2323<br>Fax: (202) 349-2310<br>jeperlman@venable.com<br><br>*Counsel to Defendants Automatic*<br>*Data Processing, Inc. and ADP, Inc.* | **MCDONALD HOPKINS**<br>Christopher B. Hopkins*<br>Craig S. Distel*<br>Alaina B. Karsten*<br>501 S. Flagler Drive Suite 200<br>West Palm Beach, FL 33401<br>Tel.: (561) 472-2121<br>Fax: (561) 472-2122<br>chopkins@mcdonaldhopkins.com<br>cdistel@mcdonaldhopkins.com<br>akarsten@mcdonaldhopkins.com |

--and--

*Motions for *Pro Hac Vice* admission forthcoming.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE YLITALO, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>   v.<br><br>AUTOMATIC DATA PROCESSING, INC., ADP, INC., and AMERICAN CENTURY INVESTMENT SERVICES, INC.,<br><br>   *Defendants*. | Case No. 2:24-cv-07635-JKS-LDW<br><br>Hon. Jamel K. Semper<br>Hon. Leda Dunn Wettre |

**NOTICE OF APPEARANCE OF COUNSEL**
**MICHAEL A. GUERRA ON BEHALF OF**
**<u>DEFENDANTS AUTOMATIC DATA PROCESSING, INC. AND ADP, INC.</u>**

**To:**   The Clerk of Court and all parties and counsel of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Automatic Data Processing, Inc. and ADP, Inc.

Dated: July 30, 2024
Respectfully submitted,
**VENABLE LLP**

By:  /s/ *Michael A. Guerra*
Michael A. Guerra (No. 089092013)
151 West 42nd Street, 49th Floor
New York, New York 10036
Tel.: (212) 307-5500
Fax: (212) 307-5598
maguerra@venable.com

*Counsel for Defendants Automatic Data Processing, Inc. and ADP, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this day, July 30, 2024, I served the above document named "Notice of Appearance of Counsel Michael A. Guerra on behalf of Defendants Automatic Data Processing, Inc. and ADP, Inc.," which is dated July 30, 2024, on counsel to Plaintiff Dale Ylitalo via ECF filing and on counsel to Defendant American Century Investment Services, Inc. by email.

Dated: July 30, 2024                                    **VENABLE LLP**


                                                        By:  /s/ *Michael A. Guerra*
                                                             Michael A. Guerra (No. 089092013)