

20240712121752

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF:
EFFECTED (1) BY ME:
TITLE:

**SUMMONS AND COMPLAINT, EXHIBITS, CIVIL COVER SHEET**

**PROCESS SERVER**

DATE:  7/16/24  4:00pm

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

AMERICAN CENTURY INVESTMENTS SERVICES, INC.

Place where served:

4500 MAIN ST.  KANSAS CITY  MO  64116

[✓] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JANIS BEATTY

Relationship to defendant  SENIOR LEGAL CONSULTANT

Description of Person Accepting Service:

SEX: F  AGE: _____  HEIGHT: 5'6  WEIGHT: 160  SKIN: WHITE  HAIR: BROWN  OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____          SERVICES $_____.____          TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 7/18/20 24          *Ed McPheeters*  L.S.

SIGNATURE OF
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:     GARY S. GRAIFMAN, ESQ.
PLAINTIFF:    DALE YLITALO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY
DEFENDANT:    SITUATED
VENUE:        AUTOMATIC DATA PROCESSING, INC., ET AL
DOCKET:       DISTRICT
COMMENT:      2 24 CV 07635 JKS LDW

20240712121752
JOB #6490