**VENABLE LLP**
George Kostolampros*
600 Massachusetts Avenue NW
Washington, DC 20001
Tel.: (202) 344-4426
Fax: (202) 344-8300
gkostolampros@venable.com

Xochitl S. Strohbehn*
Michael A. Guerra (No. 089092013)
151 West 42nd Street, 49th Floor
New York, New York 10036
Tel.: (212) 808-5670
Fax: (212) 307-5598
xochitl.strohbehn@venable.com
maguerra@venable.com

Jonathan E. Perlman*
100 SE 2nd St.  Suite 4400
Miami, Florida 33131
Tel.: (305) 349-2323
Fax: (202) 349-2310
jeperlman@venable.com

--and--

**MCDONALD HOPKINS**
Christopher B. Hopkins*
Craig S. Distel*
Alaina B. Karsten*
501 S. Flagler Drive Suite 200
West Palm Beach, FL 33401
Tel.: (561) 472-2121
Fax: (561) 472-2122
chopkins@mcdonaldhopkins.com
cdistel@mcdonaldhopkins.com
akarsten@mcdonaldhopkins.com

*Counsel to Defendants Automatic
Data Processing, Inc. and ADP, Inc.*

*Motions for *Pro Hac Vice* admission forthcoming.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE YLITALO, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>   v.<br><br>AUTOMATIC DATA PROCESSING, INC., ADP, INC., and AMERICAN CENTURY INVESTMENT SERVICES, INC.,<br><br>   *Defendants*. | Case No. 2:24-cv-07635-JKS-LDW<br><br>Hon. Jamel K. Semper<br>Hon. Leda Dunn Wettre |

**APPLICATION OF DEFENDANTS AUTOMATIC DATA PROCESSING, INC.,
AND ADP, INC., FOR AN EXTENSION OF TIME TO ANSWER, MOVE
OR OTHERWISE REPLY (L. CIV. R. 6.1(B))**

Application is hereby made for a Clerk's Order extending time within which Defendants Automatic Data Processing, Inc. and ADP, Inc. may answer, move or otherwise reply to the Class Action Complaint filed by Plaintiff Dale Ylitalo on July 9, 2024 (ECF No. 1) herein and state as follows:

(1)    No previous extension has been obtained;

(2)    Service of process was effected on Defendants Automatic Data Processing, Inc. and ADP, Inc. on or around July 12, 2024;

(3)    Defendants Automatic Data Processing, Inc.'s and ADP, Inc.'s Time to Answer, Move or otherwise Reply expires on August 2, 2024.

Dated:  July 30, 2024                         Respectfully submitted,
                                              **VENABLE LLP**

                                              By: */s/ Michael A. Guerra*
                                                  Michael A. Guerra (No. 089092013)
                                                  Xochitl S. Strohbehn*
                                                  151 West 42nd Street, 49th Floor
                                                  New York, New York 10036
                                                  Tel: (212) 307-5500
                                                  Fax: (212) 307-5598
                                                  maguerra@venable.com
                                                  xochitl.strohbehn@venable.com

                                                  -and-

                                                  George Kostolampros*
                                                  600 Massachusetts Avenue, NW
                                                  Washington, District of Columbia 20001
                                                  Tel.: (202) 344-4426
                                                  Fax: (202) 344-8300
                                                  gkostolampros@venable.com

                                                  -and-

        Jonathan E. Perlman*
        100 SE 2nd St.  Suite 4400
        Miami, Florida 33131
        Tel.: (305) 349-2323
        Fax: (202) 349-2310
        jeperlman@venable.com

        -and-

        **MCDONALD HOPKINS, LLC**
        Christopher B. Hopkins*
        Craig S. Distel*
        Alaina B. Karsten*
        501 S. Flagler Drive Suite 200
        West Palm Beach, FL 33401
        Tel.: (561) 472-2121
        Fax: (561) 472-2122
        chopkins@mcdonaldhopkins.com
        cdistel@mcdonaldhopkins.com
        akarsten@mcdonaldhopkins.com

        *Counsel for Defendants Automatic Data Processing, Inc. and ADP, Inc.*

        *Motions for Pro Hac Vice admission forthcoming.

## ORDER

The above application is **ORDERED GRANTED** extended to August 16, 2024 for Defendants Automatic Data Processing, Inc. and ADP, Inc.

**ORDER DATED** _____

        **WILLIAM T. WALSH, Clerk**

        By: _____

        **Deputy Clerk**

## CERTIFICATE OF SERVICE

I certify that on this day, July 30, 2024, I served the above document named "Application of Defendants Automatic Data Processing, Inc., and ADP, Inc., for an Extension of Time to Answer, Move or Otherwise Reply (L. Civ. R. 6.1(b))," which is dated July 30, 2024, on counsel to Plaintiff Dale Ylitalo via ECF filing and on counsel to Defendant American Century Investment Services, Inc. by email.

Dated:  July 30, 2024

                                            **VENABLE LLP**

                                  By:  */s/ Michael A. Guerra*
                                         Michael A. Guerra (No. 089092013)