**VENABLE LLP**
George Kostolampros*
600 Massachusetts Avenue NW
Washington, DC 20001
Tel.: (202) 344-4426
Fax: (202) 344-8300
gkostolampros@venable.com

Xochitl S. Strohbehn*
Michael A. Guerra (No. 089092013)
151 West 42nd Street, 49th Floor
New York, New York 10036       --and--
Tel.: (212) 808-5670
Fax: (212) 307-5598
xochitl.strohbehn@venable.com
maguerra@venable.com

Jonathan E. Perlman*
100 SE 2nd St.  Suite 4400
Miami, Florida 33131
Tel.: (305) 349-2323
Fax: (202) 349-2310
jeperlman@venable.com

*Counsel to Defendants Automatic Data Processing, Inc. and ADP, Inc.*

**MCDONALD HOPKINS**
Christopher B. Hopkins*
Craig S. Distel*
Alaina B. Karsten*
501 S. Flagler Drive Suite 200
West Palm Beach, FL 33401
Tel.: (561) 472-2121
Fax: (561) 472-2122
chopkins@mcdonaldhopkins.com
cdistel@mcdonaldhopkins.com
akarsten@mcdonaldhopkins.com

*Motions for *Pro Hac Vice* admission forthcoming.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DALE YLITALO, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>    v.<br><br>AUTOMATIC DATA PROCESSING, INC., ADP, INC., and AMERICAN CENTURY INVESTMENT SERVICES, INC.,<br><br>    *Defendants*. | Case No. 2:24-cv-07635-JKS-LDW<br><br>Hon. Jamel K. Semper<br>Hon. Leda Dunn Wettre |

## DEFENDANT AUTOMATIC DATA PROCESSING, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant Automatic Data Processing, Inc. by and through its undersigned counsel, discloses that:

1.      Automated Data Processing, Inc., is a publicly held corporation and has no parent corporation, and no entity that owns ten (10) percent or more of Automated Data Processing, Inc.'s stock.

Dated:  July 31, 2024                    Respectfully submitted,
                                         **VENABLE LLP**

                                         By:  /s/ Michael A. Guerra
                                              Michael A. Guerra (No. 089092013)
                                              Xochitl S. Strohbehn*
                                              151 West 42nd Street, 49th Floor
                                              New York, New York 10036
                                              Tel: (212) 307-5500
                                              Fax: (212) 307-5598
                                              maguerra@venable.com
                                              xochitl.strohbehn@venable.com

                                              George Kostolampros*
                                              600 Massachusetts Avenue, NW
                                              Washington, District of Columbia 20001
                                              Tel.: (202) 344-4426
                                              Fax: (202) 344-8300
                                              gkostolampros@venable.com

                                              Jonathan E. Perlman*
                                              100 SE 2nd St.  Suite 4400
                                              Miami, Florida 33131
                                              Tel.: (305) 349-2323
                                              Fax: (202) 349-2310
                                              jeperlman@venable.com

                                              -and-

                                              **MCDONALD HOPKINS, LLC**
                                              Christopher B. Hopkins*
                                              Craig S. Distel*
                                              Alaina B. Karsten*
                                              501 S. Flagler Drive Suite 200
                                              West Palm Beach, FL 33401

Tel.: (561) 472-2121
Fax: (561) 472-2122
chopkins@mcdonaldhopkins.com
cdistel@mcdonaldhopkins.com
akarsten@mcdonaldhopkins.com

*Counsel for Defendants Automatic Data Processing, Inc. and ADP, Inc.*

\*Motions for *Pro Hac Vice* admission forthcoming.

## CERTIFICATE OF SERVICE

I certify that on this day, July 31, 2024, I served the above document named "Defendant Automatic Data Processing, Inc.'s Corporate Disclosure Statement," which is dated July 31, 2024, on counsel to Plaintiff Dale Ylitalo via ECF filing and on counsel to Defendant American Century Investment Services, Inc. by email.

Dated:  July 31, 2024

**VENABLE LLP**

By: */s/ Michael A. Guerra*
    Michael A. Guerra (No. 089092013)