| | |
|---|---|
| **VENABLE LLP** <br> George Kostolampros* <br> 600 Massachusetts Avenue NW <br> Washington, DC 20001 <br> Tel.: (202) 344-4426 <br> Fax: (202) 344-8300 <br> gkostolampros@venable.com <br><br> Xochitl S. Strohbehn* <br> Michael A. Guerra (No. 089092013) <br> 151 West 42nd Street, 49th Floor <br> New York, New York 10036 <br> Tel.: (212) 808-5670 <br> Fax: (212) 307-5598 <br> xochitl.strohbehn@venable.com <br> maguerra@venable.com <br><br> Jonathan E. Perlman* <br> 100 SE 2nd St.  Suite 4400 <br> Miami, Florida 33131 <br> Tel.: (305) 349-2323 <br> Fax: (202) 349-2310 <br> jeperlman@venable.com | **MCDONALD HOPKINS** <br> Christopher B. Hopkins* <br> Craig S. Distel* <br> Alaina B. Karsten* <br> 501 S. Flagler Drive Suite 200 <br> West Palm Beach, FL 33401 <br> Tel.: (561) 472-2121 <br> Fax: (561) 472-2122 <br> chopkins@mcdonaldhopkins.com <br> cdistel@mcdonaldhopkins.com <br> akarsten@mcdonaldhopkins.com |

--and--

*Counsel to Defendants Automatic Data Processing, Inc. and ADP, Inc.*

\*Motions for *Pro Hac Vice* admission forthcoming.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE YLITALO, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> AUTOMATIC DATA PROCESSING, INC., ADP, INC., and AMERICAN CENTURY INVESTMENT SERVICES, INC., <br><br> *Defendants*. | Case No. 2:24-cv-07635-JKS-LDW <br><br> Hon. Jamel K. Semper <br> Hon. Leda Dunn Wettre |

**DEFENDANT ADP, INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant ADP, Inc. by and through its undersigned counsel, discloses that:

1. ADP, Inc. is a subsidiary of ADP Atlantic LLC and an indirect wholly owned subsidiary of Defendant Automated Data Processing, Inc., which is a publicly held corporation.

Dated:  July 31, 2024

Respectfully submitted,
**VENABLE LLP**

By: <u>/s/ *Michael A. Guerra*</u>
Michael A. Guerra (No. 089092013)
Xochitl S. Strohbehn*
151 West 42nd Street, 49th Floor
New York, New York 10036
Tel: (212) 307-5500
Fax: (212) 307-5598
maguerra@venable.com
xochitl.strohbehn@venable.com

George Kostolampros*
600 Massachusetts Avenue, NW
Washington, District of Columbia 20001
Tel.: (202) 344-4426
Fax: (202) 344-8300
gkostolampros@venable.com

Jonathan E. Perlman*
100 SE 2nd St.  Suite 4400
Miami, Florida 33131
Tel.: (305) 349-2323
Fax: (202) 349-2310
jeperlman@venable.com

-and-

**MCDONALD HOPKINS, LLC**
Christopher B. Hopkins*
Craig S. Distel*
Alaina B. Karsten*
501 S. Flagler Drive Suite 200
West Palm Beach, FL 33401
Tel.: (561) 472-2121
Fax: (561) 472-2122

chopkins@mcdonaldhopkins.com
cdistel@mcdonaldhopkins.com
akarsten@mcdonaldhopkins.com

*Counsel for Defendants Automatic Data Processing, Inc. and ADP, Inc.*

*Motions for Pro Hac Vice admission forthcoming.

## CERTIFICATE OF SERVICE

I certify that on this day, July 31, 2024, I served the above document named "Defendant ADP, Inc.'s Corporate Disclosure Statement," which is dated July 31, 2024, on counsel to Plaintiff Dale Ylitalo via ECF filing and on counsel to Defendant American Century Investment Services, Inc. by email.

Dated:  July 31, 2024

**VENABLE LLP**

By:  */s/ Michael A. Guerra*
         Michael A. Guerra (No. 089092013)