UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE YLITALO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., ADP, INC., and AMERICAN CENTURY INVESTMENT SERVICES, INC.,<br><br>*Defendants*. | Case No. 2:24-cv-07635-JKS-LDW<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant American Century Investment Services, Inc.

Dated:  July 31, 2024          Respectfully submitted,

                        **K&L GATES LLP**

                  By:  s/ Loly G. Tor
                        Loly G. Tor
                        One Newark Center, 10th Fl.
                        Newark, NJ 07102
                        P: 973-848-4026
                        F: 973-848-4001
                        loly.tor@klgates.com