UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE YLITALO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., ADP, INC., and AMERICAN CENTURY INVESTMENT SERVICES, INC.,<br><br>*Defendants*. | Case No. 2:24-cv-07635-JKS-LDW<br><br>**APPLICATION OF DEFENDANT AMERICAN CENTURY INVESTMENT SERVICES, INC. FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**<br>**[Local Civil Rule 6.1(b)]** |

Application is hereby made pursuant to Local Civil Rule 6.1(b) for a Clerk's Order extending the time within which Defendant American Century Investment Services, Inc. ("American Century"), may answer, move, or otherwise reply to the Complaint filed by Plaintiff herein. In support hereof, American Century represents as follows:

(1)  No previous extension has been obtained;

(2)  Service of process was effected on American Century on July 16, 2024;

(3)  American Century's Time to Answer, Move or otherwise Reply currently expires on August 6, 2024.

Dated:  July 31, 2024

Respectfully submitted,

**K&L GATES LLP**

By:  s/ Loly G. Tor
Loly G. Tor
One Newark Center, 10th Fl.
Newark, NJ 07102
P: 973-848-4026
F: 973-848-4001
loly.tor@klgates.com

319634838.1

## ORDER

The above application is **ORDERED GRANTED.** Defendant American Century Investment Services, Inc.'s time to answer, move or otherwise reply is extended to August 20, 2024.

**ORDER DATED** _____

By: _____

**Deputy Clerk**

319634838.1