UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE YLITALO, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., *et al*.,<br><br>Defendants. | Civil Action No.<br><br>24-7635 (JKS) (LDW)<br><br>**ORDER ADMITTING JONATHAN E. PERLMAN *PRO HAC VICE*** |

**THIS MATTER** having come before the Court by way of the motion of Michael A. Guerra, local counsel for defendants Automatic Data Processing, Inc. and ADP, Inc., for the admission *pro hac vice* of Jonathan E. Perlman pursuant to Local Civil Rule 101.1(c); and the Court having considered the declarations in support of the motions, which reflect that counsel satisfies the requirements set forth in Local Civil Rule 101.1(c); and there being no opposition to this application; and for good cause shown;

**IT IS** on this day, August 7, 2024:

**ORDERED** that the motion for admission *pro hac vice* of Jonathan E. Perlman is granted; and it is further

**ORDERED** that Jonathan E. Perlman shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting his standing at the bar of any court; and it is further

**ORDERED** that Michael A. Guerra or another member of his firm admitted to practice in the District of New Jersey as local counsel shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served with all papers in this action and such

service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and counsel in this matter; and it is further

**ORDERED** that Jonathan E. Perlman shall make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) and Local Civil Rule 101.1(c)(2); and it is further

**ORDERED** that Jonathan E. Perlman shall pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that the Clerk of Court is directed to terminate the motion at ECF No. 16.

                                                         *s/ Leda Dunn Wettre*
                                                         Hon. Leda Dunn Wettre
                                                         United States Magistrate Judge