**VENABLE LLP**
George Kostolampros*
600 Massachusetts Avenue NW
Washington, DC 20001
Tel.: (202) 344-4426
GKostolampros@venable.com

Xochitl S. Strohbehn*
Michael A. Guerra (No. 089092013)
151 West 42nd Street, 49th Floor
New York, New York 10036
Tel.: (212) 307-5500
Xochitl.Strohbehn@venable.com
MAGuerra@venable.com

Jonathan E. Perlman*
801 Brickell Ave, Suite 1500
Miami, Florida 33131
Tel.: (305) 349-2323
JEPerlman@venable.com

**MCDONALD HOPKINS**
Christopher B. Hopkins**
Craig S. Distel**
Alaina B. Karsten**
501 S. Flagler Drive Suite 200
West Palm Beach, Florida 33401
Tel.: (561) 472-2121
CHopkins@mcdonaldhopkins.com
CDistel@mcdonaldhopkins.com
AKarsten@mcdonaldhopkins.com

*Counsel to Defendants Automatic
Data Processing, Inc. and ADP, Inc.*

**K&L GATES LLP**
Loly Garcia Tor
One Newark Center
Newark, New Jersey 07102
Tel.: (973) 848-4000
Loly.Tor@klgates.com

John W. Rotunno**
Matt A. Alvis**
70 West Madison Street, Suite 3300
Chicago, Illinois 60602-4207
Tel.: (312) 372-1121
Fax: (312) 827-8000
John.Rotunno@klgates.com
Matt.Alvis@klgates.com

Stephen Topetzes**
1601 K Street NW
Washington, DC 20006
Tel.: (202) 778-9000
Fax: (202) 778-9100
Stephen.Topetzes@klgates.com

*Counsel for Defendant American
Century Investment Services, Inc.*

*Admitted Pro Hac Vice.*
**Motions for *Pro Hac Vice* admission forthcoming.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE YLITALO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., ADP, INC., and AMERICAN CENTURY INVESTMENT SERVICES, INC.,<br><br>*Defendants*. | Case No. 2:24-cv-07635-JKS-LDW<br><br>Hon. Jamel K. Semper, U.S.D.J.<br>Hon. Leda Dunn Wettre, U.S.M.J.<br><br>Motion Return Date: September 3, 2024<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION FOR THE EXTENSION OF TIME
## TO RESPOND TO THE COMPLAINT AND TO SET A BRIEFING SCHEDULE

**TO:**   The Court, Clerk of Court, and All Counsel of Record

**PLEASE TAKE NOTICE THAT** on September 3, 2024, at 9 a.m., or at another date and time to be determined by the Court, Defendants Automatic Data Processing, Inc., ADP, Inc. and American Century Investment Services, Inc. (together, "Defendants"), by and through their undersigned counsel, shall move before the Honorable Jamel K. Semper, United States District Court, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Court Room PO 03, Newark, New Jersey 07101, for an order (1) that extends the time for Defendants to answer, move, or otherwise respond to the Complaint until thirty days after a lead plaintiff and lead counsel are appointed in this action and, should the lead plaintiff file an amended complaint, setting the following schedule: (a) Defendants shall answer, move, or otherwise respond to the amended complaint on or before thirty days after the amended complaint is filed; (b) the designated lead plaintiff shall serve and file an opposition to any motion(s) to dismiss within thirty (30) days after such motion or motions are filed by Defendant(s); and (c) Defendants shall serve and file any reply in further support of any motion(s) to dismiss within twenty-one (21) days after the lead plaintiff files his or her opposition brief, and (2) for such other and further relief as the Court deems just and equitable.

**PLEASE TAKE FURTHER NOTICE** that, in support of their Motion, Defendants shall rely on its Brief in Support of Defendants' Motion for the Extension of Time to Respond to Complaint and to Set a Briefing Schedule, dated August 8, 2024, the Declaration of Xochitl S. Strohbehn in Support of Defendants' Motion for Extension of Time to Respond to Complaint and to Set Briefing Scheduled, dated August 8, 2024, and all exhibits thereto, the

2

Complaint and all exhibits thereto, and all other documents, papers, and submissions before this Court in this case.

   **PLEASE TAKE FURTHER NOTICE** that also enclosed with this motion pursuant to Local Civil Rule 7.1(e) and the Court's Judicial Preferences is Defendants' proposed order extending their time to respond to the complaint.

Dated: August 8, 2024

| **VENABLE LLP** | **K&L GATES LLP** |
|---|---|
| By: /s/ *Michael A. Guerra* | By: /s/ *Loly Garcia Tor* |
| Michael A. Guerra (ID# 089092013) | Loly Garcia Tor |
| Xochitl S. Strohbehn* | One Newark Center |
| 151 West 42nd Street, 49th Floor | Newark, New Jersey 07102 |
| New York, New York 10036 | Tel.: (973) 848-4000 |
| Tel.: (212) 307-5500 | Loly.Tor@klgates.com |
| MAGuerra@venable.com | |
| Xochitl.Strohbehn@venable.com | John W. Rotunno** |
| | Matt A. Alvis** |
| George Kostolampros* | 70 West Madison Street, Suite 3300 |
| 600 Massachusetts Avenue NW | Chicago, Illinois 60602-4207 |
| Washington, DC 20001 | Tel.: (312) 372-1121 |
| Tel.: (202) 344-4426 | Fax: (312) 827-8000 |
| GKostolampros@venable.com | John.Rotunno@klgates.com |
| | Matt.Alvis@klgates.com |
| Jonathan Perlman* | |
| 801 Brickell Ave, Suite 1500 | Stephen Topetzes** |
| Miami, Florida 33131 | 1601 K Street NW |
| Tel.: (305) 349-2323 | Washington, DC 20006 |
| JEPerlman@venable.com | Tel.: (202) 778-9000 |
| | Fax: (202) 778-9100 |
| **MCDONALD HOPKINS, LLC** | Stephen.Topetzes@klgates.com |
| Christopher B. Hopkins** | |
| Craig S. Distel** | *Counsel for Defendant American Century Investment Services, Inc* |
| Alaina B. Karsten** | |
| 501 S. Flagler Drive Suite 200 | |
| West Palm Beach, FL 33401 | |
| Tel.: (561) 472-2121 | |
| Fax: (561) 472-2122 | |
| CHopkins@mcdonaldhopkins.com | |
| CDistel@mcdonaldhopkins.com | *Admitted *Pro Hac Vice*. |
| AKarsten@mcdonaldhopkins.com | **Motions for *Pro Hac Vice* admission forthcoming. |
| *Counsel for Defendants Automatic Data Processing, Inc. and ADP, Inc.* | |

3

## LOCAL CIVIL RULE 11.2 CERTIFICATION

Defendants, by their attorneys, hereby certify that, to the best of their knowledge, understanding, and belief, the matter in controversy in this lawsuit is not the subject of any other action pending in any other court, or of any pending arbitration or administrative proceeding.

We certify under penalty of perjury that the foregoing is true and correct to the best of our knowledge and understanding. Executed on August 8, 2024.

**K&L GATES LLP**

By: */s/ Loly Garcia Tor*
Loly Garcia Tor

**VENABLE LLP**

By: */s/ Michael A. Guerra*
Michael A. Guerra (No. 089092013)

## CERTIFICATE OF SERVICE

I certify that on this day, August 8, 2024, I served the above document, the Notice of Motion for the Extension of Time to Respond to the Complaint and to Set a Briefing Schedule, dated August 8, 2024, on all appearance counsel via ECF filing.

Dated: August 8, 2024

**VENABLE LLP**

*/s/ Michael A. Guerra*
Michael A. Guerra (No. 089092013)