# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Dale Ylitalo, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Automatic Data Processing, Inc., ADP, Inc., and American Century Investments Services, Inc.,<br><br>Defendants. | Case No. 2:24-cv-07635-JKS-LDW |

## NOTICE OF MOTION TO ADMIT
## WILLIAM B. FEDERMAN *PRO HAC VICE*

PLEASE TAKE NOTICE that upon a date determined by the Court, the undersigned counsel for Plaintiff Dale Ylitalo ("Plaintiff"), shall move, unopposed, pursuant to Local Rule Civil Rule 7.1 before the Honorable Magistrate Judge Leda D. Wettre, U.S.M.J., at the United States District Court for the District of New Jersey, for entry of an Order admitting William B. Federman to practice before this Court in this matter *pro hac vice*, on behalf of Plaintiffs.

PLEASE TAKE FURTHER NOTICE that the Declarations of William B. Federman and Gary S. Graifman in support of the application are submitted with this notice of motion.

PLEASE TAKE FURTHER NOTICE that counsel for Defendants have indicated that Defendants do not oppose this Motion.

PLEASE TAKE FURTHER NOTICE that a form of order on this application is submitted with this notice of motion.

Dated: August 5, 2024

                                                                    Gary S. Graifman, Esq.

2

**KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.**
135 Chestnut Ridge Road
Montvale, NJ 07645
(201) 391-7000
(201) 307-1086 fax
ggraifman@kgglaw.com
Fax: (201) 307-1086

*Attorneys for Plaintiffs*