UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Dale Ylitalo, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>Automatic Data Processing, Inc., ADP, Inc., and American Century Investments Services, Inc.,<br><br>       Defendants. | Case No. 2:24-cv-07635-JKS-LDW |

**CERTIFICATION OF GARY S. GRAIFMAN IN SUPPORT OF
THE ADMISSION OF WILLIAM B. FEDERMAN PRO HAC VICE**

I, GARY S. GRAIFMAN, ESQ., of full age, hereby certify and say:

1. I am an attorney admitted to practice law in the State of New Jersey and a partner with the law firm Kantrowitz, Goldhamer & Graifman, P.C., liaison counsel for the plaintiffs in the above-captioned matter. My firm's office is located at 135 Chestnut Ridge Road, Montvale, New Jersey.

2. I am a member in good standing of the Bar of this Court.

3. I make this Certification to move for the admission in this Court, *pro hac vice,* of William B. Federman (also referred to as the "Pro Hac Vice applicant").

4. William B. Federman is admitted in and in good standing before the bar of the State of Oklahoma and has been a member of the bar of Oklahoma since 1982. To my knowledge and belief, William B. Federman is not under suspension nor has he ever been suspended or disbarred by any court.

5. The Pro Hac Vice applicant is familiar with the Federal Rules of Civil Procedure and the Federal Rules of Evidence, and will become familiar with and abide by the Local Rules

for the District of New Jersey. I have agreed to work with the above referenced attorney in this matter.

6. I respectfully request that this Court admit William B. Federman *pro hac vice* for all purposes in this matter as counsel for plaintiffs, including the trial of this matter.

7. As liaison counsel for plaintiffs, Kantrowitz, Goldhamer & Graifman, P.C. may be served with all notices, orders and pleadings in this matter, in accordance with Local Civil Rule 101.1.

8. This application is unopposed by Defendants' counsel, who have appeared in this case.

I hereby certify that under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: August 5. 2024

_____
Gary S. Graifman, Esq.