# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE YLITALO, *individually and on behalf of all others similarly situated*,<br><br>   Plaintiff,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., *et al.*,<br><br>   Defendants. | Civil Action No.<br><br>24-7635 (JKS) (LDW)<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

   1.   An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

   2.   If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: August 9, 2024

                                                              */s/ Michael A. Guerra*
                                                              Signature of Local Counsel
                                                              Michael A. Guerra (No. 089092013)


   PRO HAC VICE ATTORNEY INFORMATION:

   Name:         Xochitl S. Strohbehn

   Address:      Venable LLP
                 151 West 42nd Street, 49th Floor
                 New York, New York 10036
                 Tel.: (212) 307-5500

   E-mail:       Xochitl.Strohbehn@venable.com