Loly G. Tor
**K&L Gates LLP**
One Newark Center, 10th Floor
Newark, NJ 07102
Tel: (973) 848-4026
Fax: (973) 848-4001
E-mail: loly.tor@klgates.com

Stephen G. Topetzes
(*pro hac vice* application forthcoming)
**K&L Gates LLP**
1601 K Street NW
Washington, DC 20006
Tel: (202) 778-9000
Fax: (202) 778-9100
E-mail: stephen.topetzes@klgates.com

John W. Rotunno
(*pro hac vice* application forthcoming)
Matthew A. Alvis
(*pro hac vice* application forthcoming)
**K&L Gates LLP**
70 West Madison Street, Suite 3300
Chicago, IL 60602
Tel: (312) 372-1121
Fax: (312) 827-8000
E-mail: john.rotunno@klgates.com
           matthew.alvis@klgates.com

*Attorneys for Defendant American Century Investment Services, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DALE YLITALO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., ADP, INC., and AMERICAN CENTURY INVESTMENT SERVICES, INC.,<br><br>*Defendants*. | Case No. 2:24-cv-07635-JKS-LDW<br><br>Hon. Jamel K. Semper, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>**FED. R. CIV. P. 7.1(a)(1) CORPORATE DISCLOSURE STATEMENT OF AMERICAN CENTURY INVESTMENT SERVICES, INC.**<br><br>*Document Electronically Filed* |

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant American Century Investment Services, Inc. makes the following disclosure statement:

1.  American Century Investment Services, Inc. is wholly owned by its parent company, American Century Companies, Inc., which is a private corporation.

319773471.2

2. Nomura AM Holdings USA, LLC owns a minority interest in American Century Companies, Inc. and is a wholly-owned subsidiary of Nomura Holding America, Inc., which is a wholly-owned subsidiary of Nomura Holdings, Inc., which is a publicly-traded corporation.

3. There is no publicly held corporation that owns 10% or more of the stock of American Century Investment Services, Inc.

Dated: August 15, 2024                                             Respectfully submitted,

**K&L GATES LLP**

By:    */s/ Loly G. Tor*
         Loly G. Tor

One Newark Center, 10th Floor
Newark, NJ 07102
Tel: (973) 848-4026
Fax: (973) 848-4001
E-mail: loly.tor@klgates.com

*Attorneys for Defendant American Century Investment Services, Inc.*

319773471.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Loly G. Tor*
Loly G. Tor

319773471.2