UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE YLITALO, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>AUTOMATIC DATA PROCESSING, INC., *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No.<br><br>24-7635 (JKS) (LDW)<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

　　　　Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

　　　　1.　　An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

　　　　2.　　If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: August 16, 2024

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael A. Guerra
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Local Counsel
　　　　　　　　　　　　　　　　　　　　　　　　Michael A. Guerra (No. 089092013)


PRO HAC VICE ATTORNEY INFORMATION:

Name:　　　　Jonathan E. Perlman

Address:　　　Venable LLP
　　　　　　　801 Brickell Ave, Suite 1500
　　　　　　　Miami, Florida 33131
　　　　　　　Tel.: (305) 349-2323

E-mail:　　　　JEPerlman@venable.com