# K&L GATES

August 27, 2024

Loly Garcia Tor
Partner
loly.tor@klgates.com

T +1 973 848 4026
F +1 973 848 4001

**Via ECF**

Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  *Ylitalo v. Automatic Data Processing, Inc., et al.*
     Case No. 2:24-cv-7635-JKS-LDW
     Reply in Further Support of Motion for Extension (ECF No. 18)

Dear Judge Wettre:

I represent Defendant American Century Investment Services, Inc. ("American Century") in the above-referenced action.  On behalf of American Century and defendants Automatic Data Processing, Inc. and ADP, Inc. (collectively, the "Defendants"), please accept this letter brief in lieu of a more formal submission in further support of the Defendants' Motion for Extension of Time to Respond to the Complaint and to Set a Briefing Schedule (ECF No. 18).

Plaintiff's opposition to the motion, if any, was due on August 20, 2024.  Plaintiff did not file an opposition and, as such, the motion is unopposed.  For this reason, and for the reasons set forth in Defendants' moving brief, Defendants respectfully request that the Court grant the Motion for Extension of Time to Respond to the Complaint and to Set a Briefing Schedule.

We greatly appreciate Your Honor's attention to this matter.  If Your Honor has any questions, please do not hesitate to contact us.

Respectfully submitted,

*/s/ Loly Garcia Tor*

Loly Garcia Tor


cc:   All counsel of record [via ECF]