**VENABLE LLP**
George Kostolampros*
600 Massachusetts Avenue NW
Washington, DC 20001
Tel.: (202) 344-4426
GKostolampros@venable.com

Xochitl S. Strohbehn*
Michael A. Guerra (No. 089092013)
151 West 42nd Street, 49th Floor
New York, New York 10036
Tel.: (212) 307-5500
Xochitl.Strohbehn@venable.com
MAguerra@venable.com

Jonathan E. Perlman*
801 Brickell Ave, Suite 1500
Miami, Florida 33131
Tel.: (305) 349-2323
JEPerlman@venable.com

**MCDONALD HOPKINS**
Christopher B. Hopkins**
Craig S. Distel**
Alaina B. Karsten**
501 S. Flagler Drive Suite 200
West Palm Beach, Florida 33401
Tel.: (561) 472-2121
CHopkins@mcdonaldhopkins.com
CDistel@mcdonaldhopkins.com
AKarsten@mcdonaldhopkins.com

*Counsel to Defendants Automatic Data Processing, Inc. and ADP, Inc.*

**K&L GATES LLP**
Loly Garcia Tor
One Newark Center
Newark, New Jersey 07102
Tel.: (973) 848-4000
Loly.Tor@klgates.com

John W. Rotunno**
Matt A. Alvis**
70 West Madison Street, Suite 3300
Chicago, Illinois 60602-4207
Tel.: (312) 372-1121
Fax: (312) 827-8000
John.Rotunno@klgates.com
Matt.Alvis@klgates.com

Stephen Topetzes**
1601 K Street NW
Washington, DC 20006
Tel.: (202) 778-9000
Fax: (202) 778-9100
Stephen.Topetzes@klgates.com

*Counsel for Defendant American Century Investment Services, Inc.*

*Admitted *Pro Hac Vice*.
**Motions for *Pro Hac Vice* admission forthcoming.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DALE YLITALO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., ADP, INC., and AMERICAN CENTURY INVESTMENT SERVICES, INC.,<br><br>*Defendants*. | Case No. 2:24-cv-07635-JKS-LDW<br><br>Hon. Jamel K. Semper, U.S.D.J.<br>Hon. Leda Dunn Wettre, U.S.M.J. |

### ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND SETTING BRIEFING SCHEDULE

**AND NOW**, this 27th day of August 2024, upon consideration of the Motion of Defendants Automatic Data Processing, Inc., ADP, Inc. and American Century Investment Services, Inc. ("Defendants") for the Extension of Time to Respond to the Complaint and to Set a Briefing Schedule (the "Motion"); and the Court having considered Defendants' supporting papers, including their brief and the Declaration of Xochitl S. Strohbehn, both dated August 8, 2024; and there being no opposition to this motion; and the Court having considered the motion without oral argument pursuant to Fed. R. Civ. P. 78; and for good cause shown, it is **HEREBY ORDERED**:

1. The Motion be and is hereby **GRANTED** in full.

2. Defendants' time to answer, move, or otherwise respond to the Complaint is extended up to and including 30 days after the appointment of a lead plaintiff and lead counsel;

3. If lead plaintiff files an amended complaint, Defendants' time to answer, move, or otherwise respond to the amended complaint is extended up to and including 30 days after the filing of the amended complaint;

4. If Defendants file a motion to dismiss the Amended Complaint, the lead plaintiff's opposition to such motion must be filed on or before 30 days after the filing of the motion by Defendants; and

5. Defendants' reply brief in further support of any such motion to dismiss will be due on or before 21 days after lead plaintiff files his or her opposition to the motion to dismiss.

_Leda Dunn Wettre_
**Hon. Leda Dunn Wettre**
**U.S. Magistrate Judge**

** The Clerk of Court is directed to terminate the motion at ECF 18.

2