# **EXHIBIT 3**

# IN THE UNITED STATES DISTRICT COURT
# IN THE DISTRCT OF NEW JERSEY

| | |
|---|---|
| Dale Ylitalo, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Automatic Data Processing, Inc., ADP, Inc., and American Century Investments Services, Inc.,<br><br>*Defendants.* | Case No. 2:24-cv-7635-JKS-LDW |

## [PROPOSED] ORDER

Having considered the Motion of Dale Ylitalo for Appointment as Lead Plaintiff and Approval of Counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1) The Motion is GRANTED;

2) The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Dale Ylitalo as Lead Plaintiff; and

3) Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Federman & Sherwood as Lead Counsel and Kantrowitz, Goldhamer & Graifman, P.C. as Liaison Counsel for the class.

**SO ORDERED.**

Dated: _____, 2024

_____
HONORABLE LEDA D. WETTRE
UNITED STATES MAGISTRATE JUDGE