UNITED STATES DISTRICT COURT<br>
for the<br>
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Dale Ylitalo, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>Automatic Data Processing, Inc., et al.<br><br>Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 2:24-cv-07635-JKS-LDW |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

*[Signature]*
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: William B. Federman

Address: 10205 N. Pennsylvania Ave.

Oklahoma City, OK 73120

405-235-1560

E-mail: WBF@federmanlaw.com

(One email address only)