# K&L GATES

December 5, 2024

Loly Garcia Tor
Partner
loly.tor@klgates.com

T +1 973 848 4026
F +1 973 848 4001

**Via ECF**

Hon. Jamel K. Semper, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *Ylitalo v. Automatic Data Processing, Inc., et al.*
      Case No. 2:24-cv-7635-JKS-LDW

Dear Judge Semper:

I represent Defendant American Century Investment Services, Inc. ("American Century") in the above-referenced action. On behalf of American Century and defendants Automatic Data Processing, Inc. and ADP, Inc. (collectively, the "Defendants"), we write to update the Court regarding our letter dated November 27, 2024, and the accompanying Declaration of Margaret Murphy, which we provisionally submitted under seal.

Defendants submitted the above-referenced letter and Declaration on the assumption that the Plaintiff in this action and his counsel might regard the rate of return on Mr. Ylitalo's IRA account from the date of the initial contribution to that account through November 22, 2024 as confidential information. After several inquiries, we were informed today by Plaintiff's counsel, Mr. Federman, that "[w]e do not believe the information should or qualifies to be sealed." Consequently, Defendants withdraw their request that their November 27, 2024 letter and the accompanying Declaration of Margaret Murphy be filed under seal.

Respectfully submitted,

*/s/ Loly Garcia Tor*

Loly Garcia Tor


cc:   All counsel of record [via ECF]