Loly G. Tor
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, New Jersey 07102
Phone: (973) 848-4026
loly.tor@klgates.com
*Defendant American Century*
*Investment Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE YLITALO, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-07635-JKS-LDW |
| *Plaintiff,* | Hon. Jamel K. Semper, U.S.D.J. |
| v. | Hon. Leda Dunn Wettre, U.S.M.J. |
| AUTOMATIC DATA PROCESSING, INC., ADP, INC., and AMERICAN CENTURY INVESTMENT SERVICES, INC., | |
| *Defendants.* | |

**THIS MATTER**, having come before the Court upon the application of K&L Gates LLP, counsel for Defendant American Century Investment Services, Inc. in the above-captioned matter, for admission *pro hac vice* of John W. Rotunno, Esq., Stephen G. Topetzes, Esq., and Matthew A. Alvis, Esq., counsel for all parties having consented to the admission *pro hac vice* of Attorneys Rotunno, Topetzes, and Alvis, and upon good cause appearing;

**IT IS**, on this _23rd_ day of _ December _, 2024, hereby

**ORDERED** that the application is granted, and John W. Rotunno, Esq., Stephen G. Topetzes, Esq., and Matthew A. Alvis, Esq., are hereby admitted to practice *pro hac vice* before this Court, for all purposes and in all proceedings connected with this litigation, pursuant to Local Civil Rule 101.1(c); and it is further

1

319921010.1

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a partner or associate with the law firm of K&L Gates LLP, attorneys of record for American Century Investment Services, Inc., who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby and appear at all proceedings; and it is further

**ORDERED** that John W. Rotunno, Esq., Stephen G. Topetzes, Esq., and Matthew A. Alvis, Esq., shall each make payment to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that John W. Rotunno, Esq., Stephen G. Topetzes, Esq., and Matthew A. Alvis, Esq., pursuant to Local Civil Rule 101.1(c)(3), shall each make a payment of $250.00 to the Clerk of the Court; and it is further

**ORDERED** that John W. Rotunno, Esq., Stephen G. Topetzes, Esq., and Matthew A. Alvis, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys.

Hon. Leda Dunn Wettre, U.S.M.J.

319921010.1