# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE YLITALO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., ADP, INC., and AMERICAN CENTURY INVESTMENT SERVICES, INC.,<br><br>*Defendants*. | Case No. 2:24-cv-07635-JKS-LDW<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

s/Loly G. Tor
Loly G. Tor
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, New Jersey 07102
Phone: (973) 848-4026
loly.tor@klgates.com
*Defendant American Century Investment Services, Inc.*

PRO HAC VICE ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | Stephen G. Topetzes |
| Address: | K&L Gates LLP |
| | 1601 K Street NW |
| | Washington, D.C. 20006 |
| Email: | stephen.topetzes@klgates.com |

322052070.1