IN THE UNITED STATES DISTRICT COURT
IN THE DISTRCT OF NEW JERSEY

| | |
|---|---|
| Dale Ylitalo, individually and on behalf of all others similarly situated, *Plaintiff*, v. Automatic Data Processing, Inc., ADP, Inc., and American Century Investments Services, Inc., *Defendants*. | Case No. 2:24-cv-7635-JKS-LDW |

### DECLARATION OF DALE YLITALO

I, Dale Ylitalo, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a citizen of the United States and am over the age of 21.

2. I am the named plaintiff in the above mentioned suit and the owner of the SIMPLE IRA at issue therein.

3. I have personal knowledge of the facts set forth in this Declaration and could testify competently to those facts.

4. The rate of return on my SIMPLE IRA account between January 1, 2024 to December 31, 2024 was 4.78%.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: January 1/27/2025, 2025

DocuSigned by:
*Dale Ylitalo*
6A8EF9786A644A4...

Dale Ylitalo

1