<u>**NOT FOR PUBLICATION**</u>

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE YLITALO, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., ADP, INC., and AMERICAN CENTURY INVESTMENTS SERVICES, INC.<br><br>*Defendants.* | Case No. 2:24-cv-07635-JKS-LDW<br><br>**ORDER**<br><br>June 27, 2025 |

**SEMPER**, District Judge.

This matter comes before the Court upon Plaintiff Dale Ylitalo's ("Ylitalo") motion to appoint lead plaintiff and lead counsel. (ECF 31.) Defendants Automatic Data Processing, Inc., ADP, Inc., and American Century Investment Services, Inc. filed a response. (ECF 32.) Ylitalo filed a reply brief. (ECF 33.) The Court considered the parties' submissions and decided the motion without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the Court's June 27, 2025 opinion,

**IT IS** on this 27 day of June 2025,

**ORDERED** that Dale Ylitalo's motion to appoint lead plaintiff (ECF 31) is **GRANTED** and Dale Ylitalo is appointed as lead plaintiff; and it is further

**ORDERED** that Federman & Sherwood are Lead Counsel and Kantrowitz, Goldhamer & Graifman, P.C. are Liaison Counsel for the class.

**SO ORDERED.**

/s/ *Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:     Clerk
cc:       Leda D. Wettre, U.S.M.J.
          Parties