UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE YLITALO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., ADP, INC., and AMERICAN CENTURY INVESTMENT SERVICES, INC.,<br><br>*Defendants*. | Case No. 2:24-cv-07635-JKS-LDW<br><br>Hon. Jamel K. Semper, U.S.D.J.<br>Hon. Leda Dunn Wettre, U.S.M.J.<br><br>Motion Return Date: October 6, 2025[1]<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS**

**VENABLE LLP**

George Kostolampros*
600 Massachusetts Avenue NW
Washington, DC 20001
Tel.: (202) 344-4426
GKostolampros@venable.com

Xochitl S. Strohbehn*
Michael A. Guerra (ID# 089092013)
151 West 42nd Street, 49th Floor
New York, New York 10036
Tel.: (212) 307-5500
Xochitl.Strohbehn@venable.com
MAGuerra@venable.com

Jonathan Perlman*
801 Brickell Ave, Suite 1500
Miami, Florida 33131
Tel.: (305) 349-2323
JEPerlman@venable.com

*Admitted *Pro Hac Vice*

Counsel for Defendants Automatic Data Processing, Inc. and ADP, Inc.

---

[1] Movants have selected October 6, 2025 as the Motion Day to comply with the Order Granting Defendants' Motion for Extension of Time to Respond to the Complaint and Setting Briefing Schedule, entered August 27, 2024 [ECF No. 30.]

**PLEASE TAKE NOTICE** that on October 6, 2025, or such other time and date as set by the Court, Defendants Automatic Data Processing, Inc. and ADP, Inc. will move before the Honorable Judge Jamel K. Semper, Judge of the United States District Court for the District of New Jersey, Frank Lautenberg Post Office & U.S. Courthouse, 2 Federal Square, Newark, New Jersey, for entry of an Order granting Defendants' Motion to Dismiss Plaintiff's Class Action Complaint.

**PLEASE TAKE FURTHER NOTICE** that this motion is supported by the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Class Action Complaint and the Declaration of Xochitl S. Strohbehn, as well as the exhibits and attachments thereto.

**PLEASE TAKE FURTHER NOTICE** that the Court has entered a modified briefing schedule for this Motion at Doc. No. 30.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 78.1(b), Defendants request oral argument on this motion.

Dated: New York, New York
      July 25, 2025

        */s/ Michael A. Guerra*
        Michael A. Guerra

## CERTIFICATE OF SERVICE

I certify that on this day, July 25, 2025, I served the foregoing Notice of Motion to Dismiss, Defendants Automatic Data Processing's and ADP, Inc.'s Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Class Action Complaint, and the Declaration of Michael A. Guerra and the supporting exhibits thereto on counsel to Plaintiff Dale Ylitalo via email at JAW@federmanlaw.com, WBF@federmanlaw.com, and ggraifman@kgglaw.com.

Dated:  July 25, 2025

                                              **VENABLE LLP**

                                      By:  */s/ Michael A. Guerra*
                                                Michael A. Guerra (No. 089092013)