**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DALE YLITALO, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>    v.<br><br>AUTOMATIC DATA PROCESSING, INC., ADP, INC., and AMERICAN CENTURY INVESTMENT SERVICES, INC.,<br><br>    *Defendants*. | Case No. 2:24-cv-07635<br><br>*Document Filed Electronically* |

**PROPOSED ORDER**

  **THIS MATTER**, having been opened to the Court on the Motion of Defendants Automatic Data Processing, Inc. and ADP, Inc. to Dismiss Plaintiff's Class Action Complaint and the Court having considered the papers submitted in support of and in opposition to the Motion, and the arguments of counsel, and for good cause shown;

  **IT IS HEREBY ORDERED**, on this ___ day of 2025, that the Motion is granted and the above-captioned matter dismissed with prejudice.

                   _____
                   Hon. Judge Jamel K. Semper,
                   U.S.D.J.