Loly G. Tor
**K&L GATES LLP**
One Newark Center, 10th Fl.
Newark, New Jersey 07102
Tel: (973) 848-4026
Fax: (973) 848-4001
loly.tor@klgates.com
*Attorneys for Defendant American Century*
*Investment Services, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DALE YLITALO, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-07635-JKS-LDW |
| *Plaintiff,* | Judge Jamel K. Semper, U.S.D.J. |
| v. | Judge Leda D. Wettre, U.S.M.J. |
| AUTOMATIC DATA PROCESSING, INC., ADP, INC., and AMERICAN CENTURY INVESTMENT SERVICES, INC., | **NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| *Defendants.* | |

**PLEASE TAKE NOTICE** that on October 6, 2025, or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant American Century Investment Services, Inc. ("ACI") in the above-captioned action, shall move before the Honorable Jamel K. Semper, United States District Judge, at the United States District Court for the District Court of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order in the form annexed hereto dismissing Plaintiffs' Complaint.

**PLEASE TAKE FURTHER NOTICE** that ACI shall rely upon the Memorandum of Law filed herewith, the Declaration of Margaret Murphy, and in part upon the Memorandum of Law filed by co-defendants Automatic Data Processing, Inc., and ADP, Inc.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is filed herewith.

Dated: July 25, 2025

Respectfully submitted,

**K&L GATES LLP**

By: *s/Loly G. Tor*
Loly G. Tor
One Newark Center, 10th Fl.
Newark, NJ 07102
P: 973-848-4000
F: 973-848-4001
loly.tor@klgates.com

John W. Rotunno (admitted *pro hac vice*)
Matt A. Alvis (admitted *pro hac vice*)
70 W. Madison Street, Suite 3300
Chicago, Illinois 60602-4207
Tel.: (312) 372-1121
john.rotunno@klgates.com
matt.alvis@klgates.com

Stephen Topetzes (admitted *pro hac vice*)
1601 K Street NW
Washington, DC 20006
Tel.: (202) 778-9000
stephen.topetzes@klgates.com

*Attorneys for Defendant American Century*
*Investment Services, Inc.*