Loly G. Tor
**K&L GATES LLP**
One Newark Center, 10th Fl.
Newark, New Jersey 07102
Tel: (973) 848-4026
Fax: (973) 848-4001
loly.tor@klgates.com
*Attorneys for Defendant American Century Investment Services, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE YLITALO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., ADP, INC., and AMERICAN CENTURY INVESTMENT SERVICES, INC.,<br><br>*Defendants*. | Case No. 2:24-cv-07635-JKS-LDW<br><br>Judge Jamel K. Semper, U.S.D.J.<br>Judge Leda D. Wettre, U.S.M.J.<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

**THIS MATTER**, having come before the Court on the motion of Defendant American Century Investment Services, Inc. to dismiss Plaintiff's Complaint, and the Court having considered the submissions in support of and in opposition to the motion, and the arguments of counsel, if any, and for good cause shown,

**IT IS HEREBY ORDERED** that the motion is hereby **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

_____<br>
Hon. Jamel K. Semper, U.S.D.J.

1600933500.1