# UNITED STATES DISTRICT COURT
# FOR THE DISTRCT OF NEW JERSEY

| | |
|---|---|
| DALE YLITALO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., ADP, INC., and AMERICAN CENTURY INVESTMENT SERVICES, INC.,<br><br>*Defendants*. | Case No. 2:24-CV-07635-JKS-LDW<br><br>Hon. Jamel K. Semper, U.S.D.J<br>Hon. Leda Dunn Wettre, U.S.M.J |

## STIPULATION AND ORDER TO EXTEND DEADLINES

Plaintiff Dale Ylitalo and Defendants Automatic Data Processing, Inc., ADP, Inc., and American Century Investment Services, Inc. hereby stipulate and respectfully request an extension of the Parties' respective deadlines to file oppositions and replies to Defendants' Motions to Dismiss [ECF Nos. 52, 54] as follows:

1. On August 27, 2024, the Honorable Leda Dunn Wettre, U.S.M.J., granted Defendants' Motion for Extension of Time, extending Defendants' deadline to respond to Plaintiff's Amended Complaint "up to and including 30 days after the appointment of a lead plaintiff and lead counsel"; and, if Defendants file a motion to dismiss, extending the lead plaintiffs' opposition to such motion up to and

1

including "30 days after the filing of the motion by Defendants[.]" (ECF No. 30). The Order further extended Defendants' deadline to file any replies up to and including 21 days after Plaintiff filed an opposition. *Id.*

2. Defendants filed respective Motions to Dismiss on July 25, 2025. (ECF Nos. 52, 54). Defendants' Motions to Dismiss set the return date as October 6, 2025. *Id.*

3. In accordance with the Court's prior Order, Plaintiff's deadline to oppose Defendants' Motions to Dismiss would be August 25, 2025. Defendants' respective replies would be due on September 15, 2025.

4. Counsel for Plaintiff were out of the office for a week during the last week in July, after Defendants' Motions to Dismiss were filed.

5. Therefore, Plaintiff requests and Defendants stipulate to an additional 12 days from the previously imposed deadline (August 25, 2025) to file an opposition to the Motions to Dismiss, and Defendants request and Plaintiffs stipulate to an additional 9 days from the previously imposed deadline (September 15, 2025) to file replies.

6. For the avoidance of doubt, Defendants do **not** agree to any extension of time for Plaintiff to file an amended complaint.

7. The Parties stipulate to and respectfully request the deadlines to file their respective responses and replies be extended as follows:

2

a. Plaintiff's deadline to file an opposition to Defendants' respective Motions to Dismiss be extended to 42 days, such that Plaintiff's deadline to file his opposition will be September 7, 2025; and

b. Defendants' deadline to file replies to Plaintiff's responses be extended to 30 days, such that their deadlines to file replies will be October 7, 2025.

Date: August 15, 2025						FEDERMAN & SHERWOOD

By:	*/s/William B. Federman*
	William B. Federman, OBA #2853
	Jessica A. Wilkes, OBA #34823
	FEDERMAN & SHERWOOD
	10205 N. Pennsylvania Ave.
	Oklahoma City, OK 73120
	Telephone: (405) 235-1560
	wbf@federmanlaw.com
	jaw@federmanlaw.com

	*Interim Lead Class Counsel for Plaintiff and the Class*

						**VENABLE LLP**

By:	*/s/ Michael A. Guerra*
	Michael A. Guerra (No. 089092013)
	Xochitl S. Strohbehn*
	151 West 42nd Street, 49th Floor
	New York, New York 10036
	Tel.: (212) 808-5670
	Fax: (212) 307-5598
	maguerra@venable.com

	Jonathan Perlman*

3

801 Brickell Ave, Suite 1500
Miami, Florida 33131
Tel.: (305) 349-2323
JEPerlman@venable.com

George Kostolampros*
600 Massachusetts Avenue NW
Washington, DC 20001
Tel.: (202) 344-4426
GKostolampros@venable.com
* Admitted *Pro Hac Vice*

*Attorneys for Defendants Automatic Data Processing, Inc. and ADP, Inc.*

**K&L Gates, LLP**

*/s/ Loly G. Tor*
*(signed with permission of counsel)*
Loly G. Tor
One Newark Center
Newark, NJ 07102
973-848-4026
Fax: 973-848-4001
Email: loly.tor@klgates.com

*Attorney for Defendant American Century Investments Services, Inc.*

**SO ORDERED.**
Dated:  August 18, 2025

_____
Hon. Leda Dunn Wettre, U.S.M.J.

4