# **<u>EXHIBIT 1</u>**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Dale Ylitalo, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>Automatic Data Processing, Inc., ADP., Inc., and American Century Investment Services, Inc.,<br><br>                    Defendants. | Case No.: 2:24-cv-07625-JKS-LDW |

## <u>DECLARATION OF WILLIAM B. FEDERMAN</u>

1.      My name is William B. Federman and I am the founding and managing partner of Federman & Sherwood and the Court-appointed lead class counsel in the above-mentioned case.

2.      Unless otherwise stated, I have person knowledge of the facts stated herein.

3.      I provide this declaration in support of Plaintiff's Combined Response in Opposition to Defendants' Motions to Dismiss.

4.      Attached hereto as Exhibit A is a true and correct copy of Plaintiff's ACI FOF – SIMPLE IRA January 1, 2024 – December 31, 2024 Annual Statement from American Century Investment Services, Inc. ("ACI").

1

5.    Attached hereto as Exhibit B is a true and correct copy of Plaintiff's ACI FOF – SIMPLE IRA January 1, 2025 – March 31, 2025 Annual Statement from ACI.

Under penalty of perjury, I declare that I have read the foregoing document and the facts stated in it are true. Executed in Oklahoma City, Oklahoma.

Dated: September 8, 2025.          */s/ William B. Federman*
                                    William B. Federman

# Exhibit A



# Annual Statement

January 1, 2024 - December 31, 2024

Dale Ylitalo

 americancentury.com

 1-800-345-3533

 P.O. Box 419385
Kansas City, MO 64141-6385

**Plan ID** 860438  **Plan Type** Simple IRA

## Total Assets                                          $5,571.97

## Activity Overview

|  | This Quarter | Year-To-Date |
|---|---|---|
| Beginning Value | $4,828.94 | $1,562.52 |
| + Investments | +876.93 | +3,793.31 |
| – Withdrawals | -25.00 | -40.00 |
| + Exchanges In | 0.00 | 0.00 |
| – Exchanges Out | 0.00 | 0.00 |
| +/– Market Change/Adjustments | -108.90 | +256.14 |
| **Ending Value** | **$5,571.97** | **$5,571.97** |

## Your Personal Returns

| Year-To-Date | 4.78% |
|---|---|

## Asset Mix



**Current Allocation**

61%  Stock Funds
38%  Bond Funds
1%   Short - Term Funds

This shows your current asset mix based on the date and fund holdings on this statement. Generally, a well-diversified portfolio can help reduce risk by combining investment types which can react differently when markets fluctuate. Remember that diversification cannot ensure against loss. Call us to discuss.

### Tax Season Coming - Will You Receive a Form?

January signals the start of the upcoming tax season, but not all investors should expect a 1099 form each year. Visit **americancentury.com/taxes** to learn what activity triggers a tax form and find information about tax-related topics.

### Psst! Your Statement Has . . . a Statement to Make

You're glancing at me now, but then what? Will I get tucked in a drawer, shredded or head to a landfill? You can get me quicker, see me anytime and print me if needed with a My Account Page and by going paperless. Plus, securely check your balances, transact and see your account history in one place. **Set up your account page and get electronic delivery at americancentury.com/savetime.** I'll be waiting!

**American Century Investments®**

# Annual Statement

January 1, 2024 - December 31, 2024
Page 2 of 6

## Total Investment Overview

| Retirement | Account Value 12/31/2023 | Account Value 12/31/2024 | Change This Year | Your Personal Returns Year-To-Date | Average Annual |
|---|---|---|---|---|---|
| One Choice 2040 Portfolio - R Class | $1,562.52 | $5,571.97 | +4,009.45 | 4.78% | N/A |
| **Total Assets** | **$1,562.52** | **$5,571.97** | **+4,009.45** | **4.78%** | **N/A** |

## Total Retirement Contribution Overview

**R4 Construction LLC**

| | |
|---|---|
| Tax Year 2023 Employee | $1,100.00 |
| Tax Year 2023 Employer | $507.70 |
| Tax Year 2024 Employee | $2,500.00 |
| Tax Year 2024 Employer | $1,147.15 |
| Rollovers in 2024 | $0.00 |

## Consolidation Could Be Just the Thing

Taking a more comprehensive approach to your investments can make them easier to manage. Consider consolidating other accounts here and view your entire portfolio in one place. Visit **americancentury.com** and search *Consolidating* to learn more.

## Have You Forgotten About Your Old 401(k)?

We're here to jog your memory. Transfer an old 401(k) to an American Century Rollover IRA to help keep your savings on track. Our rollover specialists can help you decide if a rollover is right for you. To get started, visit **americancentury.com/rollover**.

*This information is for educational purposes only and is not intended as a personalized recommendation or fiduciary advice. There are different options available for your retirement plan investments. You should consider all options before deciding. Our representatives can help you evaluate all your distribution options.*

![American Century Investments logo]

# Annual Statement

January 1, 2024 - December 31, 2024
Page 3 of 6

## One Choice 2040 Portfolio - R Class

**% of Total Assets 100.0%**

| Fund Number | 284 | Plan Information |
|---|---|---|
| Ticker Symbol | ARDRX | R4 Construction LLC |
| Share Class | R Class | Dale Ylitalo |

### Account Summary

| | This Quarter | Year-To-Date |
|---|---|---|
| Beginning Value | $4,828.94 | $1,562.52 |
| + Investments | +876.93 | +3,793.31 |
| – Withdrawals | -25.00 | -40.00 |
| + Exchanges In | 0.00 | 0.00 |
| – Exchanges Out | 0.00 | 0.00 |
| +/– Market Change/Adjustments | -108.90 | +256.14 |
| **Ending Value** | **$5,571.97** | **$5,571.97** |

### Income Summary

| | |
|---|---|
| Dividends year-to-date | $103.54 |
| Short-term capital gains year-to-date | $23.51 |
| Long-term capital gains year-to-date | $140.81 |

### Activity This Year

| Trade Date | Transactions | Dollar Amount | Share Price | Shares This Transaction | Total Shares |
|---|---|---|---|---|---|
| 01/01/2024 | Balance forward | | | | 121.786 |
| 01/05/2024 | Employee Deferral | $100.00 | 12.65 | 7.905 | 129.691 |
| 01/05/2024 | Employer Match | 46.16 | 12.65 | 3.649 | 133.340 |
| 01/19/2024 | Employee Deferral | 100.00 | 12.75 | 7.843 | 141.183 |
| 01/19/2024 | Employer Match | 46.15 | 12.75 | 3.620 | 144.803 |
| 02/01/2024 | Employee Deferral | 100.00 | 12.94 | 7.728 | 152.531 |
| 02/01/2024 | Employer Match | 39.45 | 12.94 | 3.049 | 155.580 |
| 02/09/2024 | Custodial Fee | 10.30 | 12.98 | -0.794 | 154.786 |
| 02/09/2024 | Custodial Fee | 4.70 | 12.98 | -0.362 | 154.424 |
| 02/15/2024 | Employee Deferral | 100.00 | 13.01 | 7.686 | 162.110 |
| 02/15/2024 | Employer Match | 46.16 | 13.01 | 3.548 | 165.658 |
| 02/29/2024 | Employee Deferral | 100.00 | 13.10 | 7.634 | 173.292 |
| 02/29/2024 | Employer Match | 46.15 | 13.10 | 3.523 | 176.815 |
| 03/14/2024 | Employee Deferral | 100.00 | 13.21 | 7.570 | 184.385 |
| 03/14/2024 | Employer Match | 46.16 | 13.21 | 3.494 | 187.879 |
| 03/28/2024 | Employee Deferral | 100.00 | 13.43 | 7.446 | 195.325 |
| 03/28/2024 | Employer Match | 46.15 | 13.43 | 3.436 | 198.761 |
| 04/11/2024 | Employee Deferral | 100.00 | 13.23 | 7.559 | 206.320 |
| 04/11/2024 | Employer Match | 46.15 | 13.23 | 3.488 | 209.808 |
| 04/25/2024 | Employee Deferral | 100.00 | 13.00 | 7.692 | 217.500 |
| 04/25/2024 | Employer Match | 46.16 | 13.00 | 3.551 | 221.051 |
| 05/09/2024 | Employee Deferral | 100.00 | 13.32 | 7.508 | 228.559 |
| 05/09/2024 | Employer Match | 46.15 | 13.32 | 3.465 | 232.024 |

**American Century Investments®**

# Annual Statement

January 1, 2024 - December 31, 2024

Page 4 of 6

## Activity This Year, continued

| Trade Date | Transactions | Dollar Amount | Share Price | Shares This Transaction | Total Shares |
|---|---|---|---|---|---|
| 05/23/2024 | Employee Deferral | 100.00 | 13.35 | 7.491 | 239.515 |
| 05/23/2024 | Employer Match | 46.16 | 13.35 | 3.458 | 242.973 |
| 06/06/2024 | Employee Deferral | 100.00 | 13.48 | 7.418 | 250.391 |
| 06/06/2024 | Employer Match | 46.15 | 13.48 | 3.424 | 253.815 |
| 06/21/2024 | Employee Deferral | 100.00 | 13.49 | 7.413 | 261.228 |
| 06/21/2024 | Employer Match | 46.16 | 13.49 | 3.422 | 264.650 |
| 07/05/2024 | Employee Deferral | 100.00 | 13.62 | 7.342 | 271.992 |
| 07/05/2024 | Employer Match | 46.15 | 13.62 | 3.388 | 275.380 |
| 07/18/2024 | Employee Deferral | 100.00 | 13.73 | 7.283 | 282.663 |
| 07/18/2024 | Employer Match | 46.15 | 13.73 | 3.361 | 286.024 |
| 08/01/2024 | Employee Deferral | 100.00 | 13.67 | 7.315 | 293.339 |
| 08/01/2024 | Employer Match | 46.16 | 13.67 | 3.377 | 296.716 |
| 08/15/2024 | Employee Deferral | 100.00 | 13.82 | 7.236 | 303.952 |
| 08/15/2024 | Employer Match | 46.15 | 13.82 | 3.339 | 307.291 |
| 08/29/2024 | Employee Deferral | 100.00 | 14.01 | 7.138 | 314.429 |
| 08/29/2024 | Employer Match | 46.16 | 14.01 | 3.295 | 317.724 |
| 09/12/2024 | Employee Deferral | 100.00 | 14.01 | 7.138 | 324.862 |
| 09/12/2024 | Employer Match | 46.15 | 14.01 | 3.294 | 328.156 |
| 09/26/2024 | Employee Deferral | 100.00 | 14.27 | 7.008 | 335.164 |
| 09/26/2024 | Employer Match | 46.15 | 14.27 | 3.234 | 338.398 |
| 10/10/2024 | Employee Deferral | 100.00 | 14.14 | 7.072 | 345.470 |
| 10/10/2024 | Employer Match | 46.16 | 14.14 | 3.264 | 348.734 |
| 10/25/2024 | Employee Deferral | 100.00 | 14.07 | 7.107 | 355.841 |
| 10/25/2024 | Employer Match | 46.15 | 14.07 | 3.280 | 359.121 |
| 11/07/2024 | Employee Deferral | 100.00 | 14.26 | 7.013 | 366.134 |
| 11/07/2024 | Employer Match | 46.16 | 14.26 | 3.237 | 369.371 |
| 11/08/2024 | Custodial Fee | 17.13 | 14.26 | -1.201 | 368.170 |
| 11/08/2024 | Custodial Fee | 7.87 | 14.26 | -0.552 | 367.618 |
| 11/21/2024 | Employee Deferral | 100.00 | 14.16 | 7.062 | 374.680 |
| 11/21/2024 | Employer Match | 46.15 | 14.16 | 3.259 | 377.939 |
| 12/05/2024 | Employee Deferral | 100.00 | 14.43 | 6.930 | 384.869 |
| 12/05/2024 | Employer Match | 46.15 | 14.43 | 3.198 | 388.067 |
| 12/19/2024 | Employee Deferral | 100.00 | 13.94 | 7.174 | 395.241 |
| 12/19/2024 | Employer Match | 46.16 | 13.94 | 3.311 | 398.552 |
| 12/20/2024 | Div Reinvest | 70.93 | 13.34 | 5.318 | 403.870 |
| 12/20/2024 | Div Reinvest | 32.61 | 13.34 | 2.444 | 406.314 |
| 12/20/2024 | LT Capgain Rein | 96.47 | 13.34 | 7.231 | 413.545 |

**American Century Investments®**

# Annual Statement

January 1, 2024 - December 31, 2024

Page 5 of 6

## Activity This Year, continued

| Trade Date | Transactions | Dollar Amount | Share Price | Shares This Transaction | Total Shares |
|---|---|---|---|---|---|
| 12/20/2024 | LT Capgain Rein | 44.34 | 13.34 | 3.324 | 416.869 |
| 12/20/2024 | ST Capgain Rein | 16.11 | 13.34 | 1.207 | 418.076 |
| 12/20/2024 | ST Capgain Rein | 7.40 | 13.34 | 0.555 | 418.631 |
| **12/31/2024** | **Total Account Value** | **$5,571.97** | **13.31** | | **418.631** |

![American Century Investments]

# Annual Statement

January 1, 2024 - December 31, 2024

Page 6 of 6



# Investing for all 8.019 Billion of us.

## Inspired by hope for a cancer-free world.

What began as a passion to help people achieve financial independence 65 years ago has also become an unbelievable story of human impact. The same fervor and commitment we put into our clients' success now also supports breakthrough medical research for everyone.

### The Incredible Audacity of Our Founders



As cancer survivors, American Century founders Jim and Virginia Stowers knew the hopelessness of a life-threatening diagnosis. They wanted to give back and to give hope. And did they ever.

In 2000, Jim and Virginia gave virtually all their personal wealth and ownership stake in American Century to create the Stowers Institute for Medical Research to help defeat devastating diseases. The Stowers Institute is now our primary owner. And gives us a purpose like no other financial firm.

## Together, We Bring New Meaning to Healthy Returns

 Each dollar you invest can potentially impact millions affected by diseases.

 Every year, 40% of our profits fund life-changing medical research–over $2 billion to date.*

 Stowers scientists have a profound goal: improve human health.

 Jim and Virginia also founded Biomed Valley Discoveries to advance patient care.



### Explore the Latest Research
Find out what's happening in the labs of the Stowers Institute for Medical Research.

   



*As of 12/31/2023    ©2024 American Century Proprietary Holdings, Inc. All rights reserved. CO-FLY-98402 2403

# Exhibit B



# Quarterly Statement
January 1, 2025 - March 31, 2025

Dale Ylitalo

 americancentury.com

 1-800-345-3533

 P.O. Box 419385
Kansas City, MO 64141-6385

## Get Ready for Tax Time
We're here to help you - when you're ready to prepare for taxes, **visit americancentury.com/taxes** for tax form information and other frequently asked questions.

## Psst! Your Statement Has . . . a Statement to Make
You're glancing at me now, but then what? Will I get tucked in a drawer, shredded or head to a landfill? You can get me quicker, see me anytime and print me if needed with a My Account Page and by going paperless. Plus, securely check your balances, transact and see your account history in one place. **Set up your account page and get electronic delivery at americancentury.com/savetime.** I'll be waiting!

## A New Look is Coming Late April
We are giving your online retirement account experience a spring refresh. **Go to americancentury.com to log on and see the new look!**

**Plan ID** 860438 **Plan Type** Simple IRA

## Total Assets                     $6,566.33

### Activity Overview

| | Year-To-Date |
|---|---|
| Beginning Value | $5,571.97 |
| + Investments | +1,023.07 |
| – Withdrawals | 0.00 |
| + Exchanges In | 0.00 |
| – Exchanges Out | 0.00 |
| +/– Market Change/Adjustments | -28.71 |
| **Ending Value** | **$6,566.33** |

### Your Personal Returns

| | |
|---|---|
| Year-To-Date | -0.44% |
| 12-Month | 1.89% |

### Asset Mix



**Current Allocation**

61% Stock Funds
38% Bond Funds
1% Short - Term Funds

This shows your current asset mix based on the date and fund holdings on this statement. Generally, a well-diversified portfolio can help reduce risk by combining investment types which can react differently when markets fluctuate. Remember that diversification cannot ensure against loss. Call us to discuss.


American Century Investments®

# Quarterly Statement
January 1, 2025 - March 31, 2025
Page 2 of 4

## Total Investment Overview

| Retirement | Account Value 12/31/2024 | Account Value 03/31/2025 | Change This Quarter | Your Personal Returns Year-To-Date | 12-Month | Average Annual |
|---|---|---|---|---|---|---|
| One Choice 2040 Portfolio - R Class | $5,571.97 | $6,566.33 | +994.36 | -0.44% | 1.89% | N/A |
| **Total Assets** | **$5,571.97** | **$6,566.33** | **+994.36** | **-0.44%** | **1.89%** | **N/A** |

## Total Retirement Contribution Overview

**R4 Construction LLC**

| | |
|---|---|
| Tax Year 2024 Employee | $2,600.00 |
| Tax Year 2024 Employer | $1,193.30 |
| Tax Year 2025 Employee | $600.00 |
| Tax Year 2025 Employer | $276.92 |
| Rollovers in 2025 | $0.00 |

## Consolidation Could Be Just the Thing

Taking a more comprehensive approach to your investments can make them easier to manage. Consider consolidating other accounts here and view your entire portfolio in one place. **Visit americancentury.com and search** *consolidation* **to learn more.**

**American Century Investments®**

# Quarterly Statement
January 1, 2025 - March 31, 2025
Page 3 of 4

## One Choice 2040 Portfolio - R Class

**% of Total Assets 100.0%**

| | | | |
|---|---|---|---|
| Fund Number | 284 | Plan Information | |
| Ticker Symbol | ARDRX | R4 Construction LLC | |
| Share Class | R Class | Dale Ylitalo | |

### Account Summary

| | Year-To-Date |
|---|---|
| Beginning Value | $5,571.97 |
| + Investments | +1,023.07 |
| – Withdrawals | 0.00 |
| + Exchanges In | 0.00 |
| – Exchanges Out | 0.00 |
| +/– Market Change/Adjustments | -28.71 |
| **Ending Value** | **$6,566.33** |

### Activity This Quarter

| Trade Date | Transactions | Dollar Amount | Share Price | Shares This Transaction | Total Shares |
|---|---|---|---|---|---|
| 01/01/2025 | Balance forward | | | | 418.631 |
| 01/03/2025 | Employee Deferral | $100.00 | 13.37 | 7.479 | 426.110 |
| 01/03/2025 | Employer Match | 46.15 | 13.37 | 3.452 | 429.562 |
| 01/27/2025 | Employee Deferral | 100.00 | 13.59 | 7.358 | 436.920 |
| 01/27/2025 | Employer Match | 46.15 | 13.59 | 3.396 | 440.316 |
| 01/30/2025 | Employee Deferral | 100.00 | 13.68 | 7.310 | 447.626 |
| 01/30/2025 | Employer Match | 46.16 | 13.68 | 3.374 | 451.000 |
| 02/13/2025 | Employee Deferral | 100.00 | 13.74 | 7.278 | 458.278 |
| 02/13/2025 | Employer Match | 46.15 | 13.74 | 3.359 | 461.637 |
| 02/27/2025 | Employee Deferral | 100.00 | 13.53 | 7.391 | 469.028 |
| 02/27/2025 | Employer Match | 46.16 | 13.53 | 3.412 | 472.440 |
| 03/13/2025 | Employee Deferral | 100.00 | 13.18 | 7.587 | 480.027 |
| 03/13/2025 | Employer Match | 46.15 | 13.18 | 3.502 | 483.529 |
| 03/27/2025 | Employee Deferral | 100.00 | 13.38 | 7.474 | 491.003 |
| 03/27/2025 | Employer Match | 46.15 | 13.38 | 3.449 | 494.452 |
| **03/31/2025** | **Total Account Value** | **$6,566.33** | **13.28** | | **494.452** |



# Quarterly Statement

January 1, 2025 - March 31, 2025
Page 4 of 4



# Investing for all 8.019 Billion of us.

## Inspired by hope for a cancer-free world.

What began as a passion to help people achieve financial independence 65 years ago has also become an unbelievable story of human impact. The same fervor and commitment we put into our clients' success now also supports breakthrough medical research for everyone.

### The Incredible Audacity of Our Founders



As cancer survivors, American Century founders Jim and Virginia Stowers knew the hopelessness of a life-threatening diagnosis. They wanted to give back and to give hope. And did they ever.

In 2000, Jim and Virginia gave virtually all their personal wealth and ownership stake in American Century to create the Stowers Institute for Medical Research to help defeat devastating diseases. The Stowers Institute is now our primary owner. And gives us a purpose like no other financial firm.

## Together, We Bring New Meaning to Healthy Returns


Each dollar you invest can potentially impact millions affected by diseases.


Every year, 40% of our profits fund life-changing medical research–over $2 billion to date.*


Stowers scientists have a profound goal: improve human health.


Jim and Virginia also founded Biomed Valley Discoveries to advance patient care.



### Explore the Latest Research
Find out what's happening in the labs of the Stowers Institute for Medical Research.

   



*As of 12/31/2023    ©2024 American Century Proprietary Holdings, Inc. All rights reserved. CD-FLY-98432 2403