**K&L GATES**

May 6, 2026

Benjamin I. Rubinstein
Partner
Benjamin.rubinstein@klgates.com

T +1 973 848 4140
F +1 973 848 4001

**Via ECF**

Hon. Jamel K. Semper, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re:    *Ylitalo v. Automatic Data Processing, Inc., et al.***
        **Case No. 2:24-cv-7635-JKS-LDW**

Dear Judge Semper:

On behalf of Defendant American Century Investment Services, Inc. ("ACIS"), I write seeking special permission, if and to the extent necessary, to file a brief in excess of the page limits set forth in Local Rule 7.2(b).

Defendants in this matter will be filing motions to dismiss tomorrow. For the convenience of the Court, ACIS will not repeat all the many grounds for the dismissal of Ylitalo's Amended Complaint reflected in the brief submitted by Defendants Automatic Data Processing, Inc. and ADP, Inc. in support of their concurrently filed Motion to Dismiss Plaintiff's Amended Class Action Complaint. The grounds for the dismissal of each Count asserted in the Amended Complaint are equally applicable to the claims asserted against ACIS.

ACIS will also be filing its own brief, which will consist of fewer than 15 pages. If and to the extent that ACIS's reference to its co-defendants' brief would result in the pages in such co-defendants' brief counting towards the Local Rule 7.2 page limit of ACIS's brief,[1] then, in such case, ACIS respectfully requests permission to exceed such limit and file an additional brief of its own consisting of no more than 15 pages.

I thank the Court for its attention to this matter. Please do not hesitate to contact me with any questions.

---

[1] The brief of Defendants Automatic Data Processing, Inc. and ADP, Inc. will not exceed the Local Rule 7.2 page limits.

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000  F +1 973 848 4001  klgates.com

Respectfully submitted,

Benjamin I. Rubinstein

cc:     All counsel of record [via ECF]