

10205 N. PENNSYLVANIA AVENUE
OKLAHOMA CITY, OKLAHOMA 73120
TELEPHONE: (405) 235-1560
FACSIMILE: (405) 239-2112

602 S. MAIN STREET
GAINESVILLE, FLORIDA 32601
TELEPHONE: (800) 237-1277

4131 N. CENTRAL EXPRESSWAY
SUITE 900
DALLAS, TEXAS 75204
TELEPHONE: (800) 237-1277

Monday, May 18, 2026

**By CM/ECF Filing**

Melissa E. Rhoads, Esq.
Clerk of the Court
New Jersey United States District Court
50 Walnut Street
Newark, New Jersey 07101

**Re: *Ylitalo v. Automatic Data Processing, Inc., et al.*, 2:24-cv-07635-JKS-LDW**

### REQUEST FOR EXTENSION OF TIME TO RESPONSE TO MOTIONS TO DISMISS PURSUANT TO LOCAL RULE 6.1(b)

To the Clerk of the Court:

The undersigned firm is the Court-appointed Lead Counsel for this case and represents Lead Plaintiff Dale Ylitalo ("Plaintiff") in this matter. Pursuant to Local Rule 6.1(b), Plaintiff respectfully requests a fourteen-day extension to respond to Defendants Automatic Data Processing, Inc's and ADP, Inc's Motion to Dismiss Plaintiff's Amended Class Action Complaint and Defendant American Century Investment Services, Inc.'s Motion to Dismiss Plaintiff's Class Action Complaint (collectively "Defendants' Motions to Dismiss"), both of which were filed on May 7, 2026.

Plaintiff's responses to Defendants' Motions to Dismiss are currently due on May 18, 2026. The requested extension would extend Plaintiff's response deadline to June 1, 2026. Plaintiff has not filed or otherwise requested a prior application for an extension of time to respond to Defendants' Motions to Dismiss. This request is made prior to the expiration of the original deadline to respond to Defendants' Motions to Dismiss.

A proposed order is attached hereto.

Respectfully submitted,

*/s/ William B. Federman*
William B. Federman
Admitted *Pro Hac Vice*
**Federman & Sherwood**
wbf@federmanlaw.com

Attorney for Plaintiff and Lead
Counsel for the Class



<table>
<tr><td>10205 N. Pennsylvania Avenue<br>Oklahoma City, Oklahoma 73120<br>Telephone: (405) 235-1560<br>Facsimile: (405) 239-2112</td><td>602 S. Main Street<br>Gainesville, Florida 32601<br>Telephone: (800) 237-1277</td><td>4131 N. Central Expressway<br>Suite 900<br>Dallas, Texas 75204<br>Telephone: (800) 237-1277</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2026, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's CM/ECF system, which will automatically notify all counsel of record.

*/s/ William B. Federman*
William B. Federman