**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Dale Ylitalo, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>Automatic Data Processing, Inc., ADP., Inc., and American Century Investment Services, Inc.,<br><br>        Defendants. | Case No.: 2:24-cv-07625-JKS-LDW |

## ORDER

The above application is GRANTED, and the time to respond to Defendants Automatic Data Processing, Inc's and ADP, Inc's Motion to Dismiss Plaintiff's Amended Class Action Complaint and Defendant American Century Investment Services, Inc.'s Motion to Dismiss Plaintiff's Class Action Complaint is extended to June 1, 2026.

ORDER DATED _____, 2026

MELISSA E. RHOADS, ESQ.

Clerk of Court

By: _____

Deputy Clerk